| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Joseph S. Rissi** | | Social Security number or ITIN | **xxx–xx–5769** |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | | Date case filed for chapter 13 | **3/15/17** |
| Case number: | **17–08052** | | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                                                12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Joseph S. Rissi | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3310 Berwyn Ave., Apt. 222D North Chicago, IL 60064 | |
| 4. | **Debtor's attorney** Name and address | David M Siegel David M. Siegel & Associates 790 Chaddick Drive Wheeling, IL 60090 | Contact phone 847 520–8100 Email: davidsiegellaw@hotmail.com |
| 5. | **Bankruptcy trustee** Name and address | Glenn B Stearns 801 Warrenville Road Suite 650 Lisle, IL 60532 | Contact phone 630–981–3888 |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1–866–222–8029 Date: 3/16/17 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 17, 2017 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | **Location:**<br>**105 East Route 83, Mundelein, IL 60060** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/16/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 7/17/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/11/17** |
| | **Deadlines for filing proof of claim:**<br>  A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held on:<br>**5/19/17** at **11:00 AM**, Location: **1792 Nicole Lane, Round Lake Beach, IL 60073**<br><br>**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00**<br>If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 17-08052-ABG
Joseph S. Rissi                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: rruiz1              Page 1 of 2              Date Rcvd: Mar 16, 2017
                              Form ID: 309I             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2017.
```
db              +Joseph S. Rissi,    3310 Berwyn Ave.,,    Apt. 222D,    North Chicago, IL 60064-3407
tr              +Glenn B Stearns,    801 Warrenville Road Suite 650,    Lisle, IL 60532-4350
25441035        +Aes/chase Bank,    Po Box 61047,    Harrisburg, PA 17106-1047
25441039        +Dayanara Johnson,    11 Kendall Ave,    Hamilton, NJ 08690-2107
25441041        +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
25441049        +Jpm Chase,    P.o. Box 7013,    Indianapolis, IN 46207-7013
25441050        +Kohl/Capl,    PO Box 6497,    Sioux Falls, SD 57117-6497
25441051         Kohl/Chase(Kohl's Department Store),     Attn: Bankruptcy Department,
                  N54W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
25441052        +Navy Federal Cr Union,    Po Box 3700,    Merrifield, VA 22119-3700
25441054        +Ohio Sta Unv,    3715 Northside Parkway,    Atlanta, GA 30327-2882
25441055        +Pioneer Mcb,    4000 S Eastern Ave Ste 3,    Las Vegas, NV 89119-0824
25441057        +Portalliance Fcu,    5670 Raby Rd,    Norfolk, VA 23502-2411
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: davidsiegellaw@hotmail.com Mar 17 2017 02:16:02      David M Siegel,
                  David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL  60090
ust             +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Mar 17 2017 02:17:18      Patrick S Layng,
                  Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
                  Chicago, IL 60604-2027
25441036        +E-mail/Text: bankruptcy@armedforcesloans.com Mar 17 2017 02:18:10      Armed Forces Loans Of,
                  6161 S Rainbow Blvd Ste,    Las Vegas, NV 89118-3269
25441037        +EDI: CAPONEAUTO.COM Mar 17 2017 01:38:00      Capital One Auto Finan,    3901 Dallas Pkwy,
                  Plano, TX 75093-7864
25441038        +EDI: CHASE.COM Mar 17 2017 01:38:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
25441040        +E-mail/Text: electronicbkydocs@nelnet.net Mar 17 2017 02:17:41      Dept Of Education/neln,
                  121 S 13th St,    Lincoln, NE 68508-1904
25441043        +EDI: AMINFOFP.COM Mar 17 2017 01:38:00      First Premier Bank,    3820 N Louise Ave,
                  Sioux Falls, SD 57107-0145
25441042        +EDI: AMINFOFP.COM Mar 17 2017 01:38:00      First Premier Bank,    Bankruptcy Department,
                  PO Box 5523,    Sioux Falls, SD 57117-5523
25441046        +EDI: RMSC.COM Mar 17 2017 01:38:00      GECRB/Care Credit,    PO Box 965036,
                  Orlando, FL 32896-5036
25441047         EDI: RMSC.COM Mar 17 2017 01:38:00      GECRB/DISC,    PO Box 965005,    Orlando, FL 32896-5005
25441048        +EDI: RMSC.COM Mar 17 2017 01:38:00      GEMB/Discount Tire,    Bankruptcy Department,
                  PO Box 103104,    Roswell, GA 30076-9104
25441045        +EDI: RMSC.COM Mar 17 2017 01:38:00      Gecrb/Care Credit,    Attn: bankruptcy,    Po Box 103104,
                  Roswell, GA 30076-9104
25441053        +E-mail/Text: Bankruptcy_3rdParty_Team@cashnetusa.com Mar 17 2017 02:18:52      Nc Financial,
                  200 W Jackson Blvd Ste 2,    Chicago, IL 60606-6941
25441056         E-mail/Text: bankruptcypgl@plaingreenloans.com Mar 17 2017 02:18:15      Plain Green,
                  93 Mack Road Suite 600,    Box Elder, MT 59521
25441058         EDI: RMSC.COM Mar 17 2017 01:38:00      SYNCB/Care Credit,    PO Box 965036,
                  Orlando, FL 32896-5036
25441059         EDI: RMSC.COM Mar 17 2017 01:38:00      Syncb/Discount Tire,    PO Box 965036,
                  Orlando, FL 32896-5036
25441061        +EDI: RMSC.COM Mar 17 2017 01:38:00      Syncb/Pep Boys,    Po Box 965036,
                  Orlando, FL 32896-5036
25441060        +EDI: RMSC.COM Mar 17 2017 01:38:00      Syncb/maaco & Meineke,    Po Box 965036,
                  Orlando, FL 32896-5036
25441062        +EDI: WFFC.COM Mar 17 2017 01:38:00      Wells Fargo,    Po Box 5156,    Sioux Falls, SD 57117-5156
                                                                                               TOTAL: 19
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25441044*       +First Premier Bank,    3820 N. Louise Ave.,    Sioux Falls, SD 57107-0145
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: rruiz1              Page 2 of 2              Date Rcvd: Mar 16, 2017
                              Form ID: 309I             Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2017 at the address(es) listed below:
              David M Siegel     on behalf of Debtor 1 Joseph S. Rissi davidsiegellaw@hotmail.com,
               davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
              Glenn B Stearns    mcguckin_m@lisle13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                           TOTAL: 3
```