UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

**CHANGE OF MAILING ADDRESS FOR DEBTOR(S)**

Name of Debtor(s) listed on the bankruptcy case:      CASE NO.: __17-08052__

JOSEPH S. RISSI      Chapter: __13__

1. This change of mailing address is requested by:    [✓] Debtor    [ ] Joint Debtor

2. **Old Address:**

   Name(s): __JOSEPH S. RISSI__

   Mailing Address: __3310 Berwyn Ave., Apt. 222D__

   City, State, Zip Code: __North Chicago, IL 60064__

3. **New Address:**

   Mailing Address: __826 Orange Ave.,__

   City, State, Zip Code: __Coronado, CA 92118__

4. [ ] Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Notice program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject line of all emailed court orders and notices).

Debtor's DeBN account number: _____

Joint Debtor's DeBN account number: _____

Date: _____

Requestor's printed name(s)

Requestor's signature(s)

Title (if applicable, of corporate officer, partner or agent)

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Northern District of Illinois. August 2015

8/2015bgb