### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| JOSEPH RISSI | ) | Case No. 17-08052 |
| | ) | |
| Debtor(s). | ) | Judge Goldgar |

### NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Glenn Stearns, Chapter 13 Trustee: mcguckin_@lisle13.com

*To the following persons or entities who have been served via U.S. Mail:*
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in her stead at 1792 Nicole Lane, Round Lake Beach, Illinois, 60073, and present the attached **Motion to Incur Debt and Shorten Notice** at which time and place you may appear.

        JUDGE:     Goldgar
        DATE:      May 4, 2018
        TIME:      9:30 AM

### PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, on or before April 30, 2018, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

                                                            /s/ Dustin B. Allen
                                                             Dustin B. Allen, A.R.D.C. #6312451

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100

## Service List

The following entities were served by first-class U.S. mail, postage pre-paid:

Joseph Rissi
3310 Berwyn Ave., Apt. 222D
North Chicago, IL 60064

Armed Forces Loans Of Nevada
6161 S. Rainbow Blvd, Ste 100
Las Vegas, NV 89118

Capital One Auto Finance,
P.O. Box 165028
Irving, TX 75016

NAVY FEDERAL CREDIT UNION
PO BOX 3000
MERRIFIELD, VA 22119

Port Alliance Federal Credit Union
c/o Steven L Brown
200 Bendix Road, Suite 300
Virginia Beach, VA 23452

Quantum3 Group LLC as agent for
MidCountry Bank
PO Box 788
Kirkland, WA 98083-0788

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Wells Fargo Bank, N.A.
Wells Fargo Education Financial Services
PO Box 10438, Mac F8235-02F
Des Moines, IA 50306-0438

Premier Bankcard, LLC
Jefferson Capital Systems LLC; Assignee
PO Box 7999
Saint Cloud MN 56302-9617

U. S. Department of Education
c/o FedLoan Servicing
P. O. Box 69184
Harrisburg, PA 17106-9184

City of Virginia Beach
2401 Courthouse Drive, Bldg. 1
Virginia Beach VA, 23456

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| JOSEPH RISSI | ) | Case No. 17-08052 |
| | ) | |
| Debtor(s). | ) | Judge Goldgar |

### MOTION TO INCUR DEBT AND TO SHORTEN NOTICE

NOW COMES, the Debtor, JOSEPH RISSI, by and through their attorneys, DAVID M. SIEGEL AND ASSOCIATES, to present this Motion, and in support thereof states as follows:

1) Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2) On March 25, 2017, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC. Glenn Stearns was appointed Trustee in this case.

3) The Debtors' Chapter 13 plan provides for payments of $1,396.00 per month. General, unsecured creditors will receive at least 34% of their allowed claims.

4) The Debtor's vehicle, a 2016 Chevrolet Malibu, requires maintenance beyond what the Debtor is able to pay out of pocket, in the amount of approximately $2,000.00. See Exhibits A, B (repair estimates).

5) The Debtor, through the American Armed Forces Mutual Aid Association, is eligible for a small loan to cover this expense at only 1.5% interest. The amount financed would be $3,914.20, at 1.5% interest, with monthly payments of $85.80. See Exhibit C (promissory note).

6) Because the amount of the loan is fixed, the Debtor proposes to pay the amount of the loan back to the lender, to the extent that it exceeds the actual repair costs. There are no prepayment penalties.

7) The Debtor proposes to pay for this monthly payment by reducing his transportation costs, since the repairs typically paid over time will be completed all at once.

8)     The Debtors bring this motion in good faith with the intention of completing their plan. The proper maintenance of his vehicle is necessary to maintain his employment.

9)     The Debtors request that this motion be heard on shortened notice. Immediate and irreparable harm could occur if the Debtor is unable to get to work and continue to fund the Plan, or if he must pay the full costs of repairs out of pocket. In addition, the next hearing date after May 4, 2018, is three weeks later, on May 25, 2018.

WHEREFORE, the Debtor, WENDY MORRIS, prays that this Honorable Court grant the Motion to Incur Debt and to Shorten Notice, and for any further relief deemed proper.

Respectfully Submitted,

/s/ Dustin B. Allen
Dustin B. Allen, A.R.D.C. #6312451
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100

**RON BAKER CHEVROLET**
2301 NATIONAL CITY BLVD
NATIONAL CITY, CA 91950
Phone: (619) 477-2163 / Fax: (619) 474-2837
Web: WWW.RONBAKER.COM
Contact: ADVISER
Email: DON@RONBAKER.COM

March 24, 2018

| GM Part # | Description | Qty | Retail | Extended |
|---|---|---|---|---|
| 88875402 | P215/60R16 94S CON CONTI PRO CONTACT | 4 | $131.31 | $525.24 |
| TIREDISPOSAL | TIRES DISPOSAL | 4 | $2.00 | $8.00 |
| VALVESTEM | VALVE | 4 | $2.00 | $8.00 |
| MOUNT BALANCE | COMPUTORIZED MOUNT BALANCE (INCLUDED) | 4 | $15.00 | $60.00 |
| Tire Rotation | Tire Rotation For The Life Of The Tire | 4 | $0.00 | $0.00 |

PRICE MATCH GUARANTEE

Sub Total: $601.24
Parts Tax: $47.36
Total: $648.60

### Continental ContiProContact



Continental ContiProContact tires are performance touring all season tires available for many imported and domestic vehicles. Phenomenal wet-braking capacity and year-round traction give this all condition tire outstanding handling and control. Continental ContiProContact tires feature enhanced steering response, wet traction, and resistance to hydroplaning. The tire incorporates technology for high-speed stabilization and active edge-to-edge control.

**Features**
- Alternating convex and concave sipe design
- Special shoulder groove geometry
- Interlocking tread sipes
- Innovative, all-season tread design

**Benefits**
- Promotes multidirectional grip and low noise
- Fosters secure cornering and standout performance in wet conditions
- Deliver improved steering precision and dry performance
- A confident, controlled driving experience

Exhibit A

http://www.gmdealertiresource.com/gmdts.asp?m=RetailQuote&action=print_quote&htm

| REPAIR ESTIMATE | PREPARED BY | AARON YOUNGCLAUS | DATE: |
|---|---|---|---|
| NAME JOESPH RISSI | | YEAR | VIN # |
| ADDRESS 556 MOSS ST APT F | | MAKE | |
| CITY CHULA VISTA   STATE CA  ZIP 91911 | | MILEAGE | DELIVERY DATE |
| HOME      WORK | | EMAIL | |
| CELL 614-446-0355    FAX | | | |
| INSURANCE CO. | ADJUSTER | CLAIM | |
| ADDRESS | PHONE | FAX | |

| LINE NO | Repair | Replace | DETAILS OF REPAIR DESCRIPTION | MECH. | PARTS | LABOR |
|---|---|---|---|---|---|---|
| 1 | | X | | #### | | |
| 2 | | X | | | | |
| 3 | | X | | | | |
| 4 | | X | | | | |
| 5 | | X | FRONT BRAKE SERVICE | | 149.95 | 200.00 |
| 6 | | X | REAR BRAKE SERVICE | | 149.95 | 200.00 |
| 7 | | X | 215/60R16-CONTINENTAL PRO CONTACT 80K | | 541.24 | 60.00 |
| 8 | | X | | | | |
| 9 | | X | | | | |
| 10 | | X | | | | |
| 11 | | X | | | | |
| 12 | | X | | | | |
| 13 | | X | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| OLD PARTS WILL BE DISCARDED UNLESS OTHERWISE INSTRUCTED | | | | TOTALS | 841.14 | 460.00 |

OCCASIONALLY, AFTER REPAIRS HAVE BEEN STARTED, ADDITIONAL DAMAGED OR WORN PARTS ARE DISCOVERED WHICH WERE NOT EVIDENT ON FIRST INSPECTION. THIS DAMAGE REPORT DOES NOT COVER OR INCLUDE ANY ADDITIONAL PARTS OR LABOR WHICH MAY BE REQUIRED. ALL PARTS PRICES ARE SUBJECT TO INVOICE.

I Hereby authorize the above work and acknowledge receipt of copy.

Signed X _____ Date _____

| | |
|---|---|
| LABOR | 460.00 |
| PARTS | 841.14 |
| TAX | 35.00 |
| MISC. | |
| TOTAL | 1336.14 |

**RON BAKER**
**CHEVROLET**
2301 National City Blvd. * National City, CA 91950
FAX: (619) 474-2837    PHONE: (619) 477-2163

Exhibit B

# PROMISSORY NOTE
## AMERICAN ARMED FORCES MUTUAL AID ASSOCIATION
## CAREER ASSISTANCE PROGRAM

Simple Interest Promissory Note     Fort Myer, Arlington County, Virginia; Date: __26 JAN__, 20__18__

FOR VALUE RECEIVED, being a loan of money for career assistance purposes, the undersigned "Borrower" promises to pay to the order of AMERICAN ARMED FORCES MUTUAL AID ASSOCIATION, a non-profit association (the "Association"), the principal sum of FOUR THOUSAND AND NO/100 DOLLARS ($4,000.00), plus any "Late Charge" calculated in the manner disclosed below, together with interest on unpaid principal at the "ANNUAL PERCENTAGE RATE" of ONE AND ONE-HALF PERCENT (1.50%) until paid. Principal and Interest shall be payable in Forty-Eight (48) monthly installments of Eighty-Five and 80/100 Dollars ($85.80) each, the first one due on the date of funding the principal amount of this Promissory Note and each subsequent installment due on the first day of the next month until the entire unpaid principal balance plus all interest accrued thereon and any "Late Charge(s)" are paid in full. Borrower agrees to repay the loan of money, together with interest, in accordance with the "PAYMENT SCHEDULE" hereinafter provided.

## TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS | Late Charge. If any payment is received 15 days or more after the due date, you may be charged 5% of the amount of the installment payment past due. |
|---|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. | Prepayment: If you pay off early, you will not have to pay a penalty. |
| 1.50% | $118.26 | $3,914.20 | $4,118.26 | |

### PAYMENT SCHEDULE

| Number of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| Forty Eight (48) | $85.80 | First Day of Every Month |

You should see your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment rights.

Itemization of the Amount Financed of $3,914.20                                              Amount paid to others on your behalf

$ 3,914.20   Amount given to you directly after receipt of first monthly installment          $0.00 To Others
$ 0.00       Prepaid Finance Charge
$ 0.00       Amount paid on your Account

As further consideration for the loan of money, the undersigned Borrower covenants and agrees to advise the Association in writing promptly, but no later than 30 days after, the happening of any one of the following events: (a) separation from military service; (b) inability to make the payments due on this Promissory Note by payroll allotment for any reason; (c) change of name; or (d) change of address. If the Borrower herein named fails to maintain a life insurance policy with the Association in the minimum amount necessary to qualify for the Association's Career Assistance Program Loan, or fails to pay any installment in accordance with the PAYMENT SCHEDULE of this Promissory Note or any Late Charge within thirty (30) days after the sending of written notice of such payment default to Borrower, or fails to report any event of the type herein above mentioned; or if a petition in bankruptcy or other insolvency proceeding is instituted by or against the Borrower, the maturity date of the Promissory Note, at the option of the holder hereof, may be accelerated and this Promissory Note, including principal, interest and Late Charges due, if any, shall become immediately due and payable. In addition, Borrower agrees to pay all costs of collecting any amounts due hereunder including such reasonable attorneys' fees as may be allowed by law.

The undersigned Borrower hereby waives demand and any and all other notices whatsoever, and agree to remain bound until the principal and interest and Late Charges, if any, are paid in full, notwithstanding any inaction or failure to assert any legal right available to the holder of this Promissory Note. The law of Virginia shall govern all aspects of this Promissory Note.

Borrower's Address:
556 MOSS STREET #F, CHULA VISTA, CA 91911     X _____     26 JAN 2018
                                               Borrower's Signature              Date
                                               Print Name: RISSI, JOSEPH S

Exhibit C