UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-08052 |
| | ) | |
| JOSEPH RISSI | ) | Chapter: 13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | Lake County |
| Debtor(s) | ) | |

## ORDER ON DEBTOR'S MOTION TO INCUR DEBT

THIS MATTER coming to be heard on the motion of Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is ORDERED:

1. The Debtor is granted leave to obtain financing for vehicle repairs, with financing of up to $4,000.00 at 1.5% interest, with monthly payments of up to $90.00 per month.

2. The Debtor will tender to the Trustee, within 21 days of the entry of this order, proof of the Debtor's vehicle repair expenses, up to $2,200.00, as well as proof that the remainder of this loan has been repaid to American Armed Forces Mutual Aid Association.

3. ~~The Debtor is granted leave to have this motion heard on shortened notice.~~

Enter:

Dated: MAY 0 4 2018

United States Bankruptcy Judge

**Prepared by:**
Dustin B. Allen
IARDC#6312451
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100

Rev: 20130103_bko